[No. 17820-0-III.    Division Three.    July 15, 1999.]

THE STATE OF WASHINGTON, *Respondent*, v. TRACY LYNN
WITHERS, *Appellant*.

Appeal from a judgment of the Superior Court for
Spokane County, No. 97-1-02548-7, Rebecca M. Baker, J.,
entered July 28, 1998. *Reversed* by unpublished opinion
per Kato, J., concurred in by Schultheis, C.J., and Kurtz, J.


[No. 22088-1-II.    Division Two.    July 16, 1999.]

*In the Matter of the Marriage of* NICK J. TARABOCHIA,
*Appellant*, and MARY JANE TARABOCHIA, *Respondent*.

Appeal from a judgment of the Superior Court for Pierce
County, No. 94-3-06286-6, Rosanne Buckner, J., entered
May 9, 1997. *Reversed* by unpublished opinion per Arm-
strong, A.C.J., concurred in by Morgan and Seinfeld, JJ.


[No. 22385-6-II.    Division Two.    July 16, 1999.]

THE STATE OF WASHINGTON, *Respondent*, v. MICHAEL J.
MURPHY, *Appellant*.

Appeal from a judgment of the Superior Court for Mason
County, No. 96-1-00286-1, Toni A. Sheldon, J., entered
August 7, 1997. *Affirmed* by unpublished opinion per Hunt,
J., concurred in by Bridgewater, C.J., and Houghton, J.


[No. 22528-0-II.    Division Two.    July 16, 1999.]

THE STATE OF WASHINGTON, *Respondent*, v. JOHN L.
PARRISH, *Appellant*.

Appeal from a judgment of the Superior Court for Thur-
ston County, No. 97-1-00218-8, Gary Tabor, J., entered
October 14, 1997. *Dismissed* by unpublished opinion per
Morgan, J., concurred in by Bridgewater, C.J., and Hunt, J.